

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00131-CV

| | | |
|---|---|---|
| OZO Capital, Inc., Biltmore Funding II, LLC, and DFI-OTH, LLC | § | From the 48th District Court |
| | § | of Tarrant County (048-287425-16) |
| v. | § | March 29, 2018 |
| Vance Syphers and Chris Edens | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants OZO Capital, Inc., Biltmore Funding II, LLC, and DFI-OTH, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell